# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>WOOD, DIANE P. | 2. Court or Organization<br><br>U.S. Court of Appeals, 7th Cir | 3. Date of Report<br><br>05/08/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>2688 U.S. Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604-1818 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Senior Lecturer in Law | The University of Chicago Law School |
| 2. Trust and Council Member | American Academy of Arts & Sciences |
| 3. Board Member | Constitutional Rights Foundation Chicago |
| 4. Council and Executive Committee | American Law Institute |
| 5. Board Member | Texas Law Review Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | University of Chicago (Teaching) | $26,955.00 |
| 2. 2012 | West Services, Inc. (Book Royalties) | $5,936.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Northwestern Feinberg School of Medicine - Professor of Neurology - Salary |
| 2. 2012 | Self Employed Health Care Consultant - Expert Neurologist |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Law Institute (ALI) | 1//25/12-1/27/12 | Philadelphia, PA | ALI Council Meeting | T, L, F |
| 2. | Tulane University Law School | 3/3/12-3/6/12 | New Orleans, LA | McGlinchy Lecture | T,L, F |
| 3. | American Law Institute (ALI) | 3/28/12 | Washington, D.C. | ALI Executive Committee Strategic Planning Meeting | T, F |
| 4. | American Law Institute (ALI) | 3/29/12 | Washington, D.C. | ALI American Indian Law Meeting | T, L, F |
| 5. | American Academy of Arts & Sciences (AAAS) | 4/12/12-4/13/12 | Cambridge, MA | AAAS Spring Governance Meeting | T, L, F |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | WOOD, DIANE P. | 05/08/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | Univ. of Texas Law School and University of Texas Law Review Association | 4/13/12-4/14/12 | Austin, TX | Texas Law Review Association Annual Meeting and Texas Chancellors Dinner | T, L, F |
| 7. | New York University Law School | 4/16-17/12 | New York, NY | Brennan Lecture | T, L, F |
| 8. | Columbia University School of Law | 4/23/12 | New York, NY | Columbia University Law Workshop | T, L, F |
| 9. | Yale Law School | 4/24/12 | New Haven, CT | Yale Law School Moot Court | T, L, F |
| 10. | American Academy of Arts & Sciences (AAAS) | 4/25-26/12 | Washington, D.C. | AAAS Commission on Humanities Meeting | T, L, F |
| 11. | Duke University Law School | 4/27/12 | Durham, N.C. | Duke Judicial Studies Conference | T |
| 12. | University of Chicago and American Law Institute (ALI) | 5//20-24/12 | Washington, D.C. | ALI Annual Meeting | T, L, F |
| 13. | Georgetown University Law School | 5/30/12 | Washington, D.C. | Robert Pitofsky Symposium | T, F |
| 14. | Western District of Wisconsin Bar Association (WDWBA) | 6/5/12 | Madison, WI | Luncheon Speaker at WDWBA Annual Meeting | T, F |
| 15. | European State Aid Institute | 6/7-9/12 | Brussels, Belgium | EStALI 10th Experts Forum | T, L, F |
| 16. | American Law Institute (ALI) | 6/12/12 | Washington, D.C. | ALI Foreign Relations Law Conference | F |
| 17. | Institute of Law and Public Policy | 7/6-12/12 | Moscow, Russia | Higher School of Economics - National Research University Summer School | T, L, F |
| 18. | Allens Linklaters LLP and Supreme Court of New South Wales, Australia | 8/31-9/9/12 | Sydney, Australia and Leura, NSW, Australia | John LeHane Lecture and Supreme Court of NSW Conference | T, L, F |
| 19. | William & Mary College of Law | 9/28-29/12 | Williamsburg, VA | Supreme Court Preview 2012 | T, L, F |
| 20. | American Academy of Arts & Sciences (AAAS) | 10/5-7/12 | Cambridge, MA | AAAS Induction Weekend | T, L, F |
| 21. | American Law Institute (ALI) | 10/15/12 | Philadelphia, PA | ALI-CLE Video for International Commercial Arbitration | T, F |
| 22. | Peoria County Bar Association | 10/16/12 | Peoria, IL | Diversity Awards Luncheon Speaker | F |
| 23. | American Law Institute (ALI) | 10/17-21/12 | New York, NY | ALI Council Meeting | T, L, F |
| 24. | New York University School of Law | 10/25/12 | New York, NY | NYU Symposium | T, F |

| Name of Person Reporting | Date of Report |
| --- | --- |
| WOOD, DIANE P. | 05/08/2013 |

| 25. | American Bar Association - Section of Antitrust Law | 11/7-8/12 | Washington, D.C. | ABA 2012 Antitrust Fall Forum | T, L, F |
| --- | --- | --- | --- | --- | --- |
| 26. | U.S. Russia Foundation | 11/9-16/12 | Moscow and Tyumen, Russia | U.S. - Russia Seminar on Civil Procedure | T, L, F |
| 27. | American Antitrust Institute | 12/4/12 | Washington, D.C. | Private Antitrust Enforcement Conference | T, F |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Teachers Insurance & Annuity Assn. (TIAA) | | None | N | T | | | | | |
| 2. College Retirement Equities Fund (CREF) | | None | O | T | | | | | |
| 3. BMO Harris Bank , was Harris Bank of Chicago | A | Interest | L | T | | | | | |
| 4. Chase Bank | A | Interest | O | T | | | | | |
| 5. Ameriprise 403(b) | | None | M | T | | | | | |
| 6. Avanir Pharmaceuticals | A | Dividend | J | T | | | | | |
| 7. Baird Insured Deposit | A | Interest | L | T | | | | | |
| 8. Bristol Myers | A | Dividend | J | T | | | | | |
| 9. Fastenal | D | Dividend | M | T | | | | | |
| 10. Fidelity NMFF 457(b) | | None | M | T | | | | | |
| 11. Fidelity NW 403(b) (See Note) | | None | P1 | T | | | | | |
| 12. FRDXX Fidelity Cash Reserves | A | Interest | L | T | | | | | |
| 13. CLSPX Columbia Mid Cap Growth Cl Z | | None | M | T | | | | | |
| 14. FDVLX Fidelity Value | | None | M | T | | | | | |
| 15. OBFVX (Y) (See Note) | | | | | | | | | |
| 16. FLPSX Fidelity Low Priced Stock Fund | | None | L | T | | | | | |
| 17. GE | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WOOD, DIANE P. | 05/08/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. TFFYX Touchstone Focused Class Y(X) (note) | | None | L | T | | | | | |
| 19. Maricopa, AZ Tax-Exempt Bond | | None | J | T | | | | | |
| 20. M & I (Marshall & Ilsley) Bank (Y) (Note) | | | | | | | | | |
| 21. W & T Offshore | A | Dividend | J | | | | | | |
| 22. Walmart de Mexico | A | Dividend | K | T | | | | | |
| 23. Wells Fargo | C | Int./Div. | N | T | | | | | |
| 24. Whole Foods | D | Dividend | N | T | | | | | |
| 25. Zimmer Medical Holdings | A | Dividend | J | T | | | | | |
| 26. Rental House, Madison, Dane County, Wisconsin-See Part VIII | | | | | | | | | |
| 27. Rental House, Travis Co., Texas- See Part VIII | E | Rent | M | S | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts.

NOTE: The TIAA and CREF accounts reported in Part VII are not income-producing. The value of accumulations in each either increases or decreases depending on the market and the amount of premiums paid in.

Line 3. Listed this year as BMO Harris rather than Harris Bank Chicago. The corporation changed the name. See also note for LINE 19 - M&I Bank merged into BMO Harris, and so all accounts held in both institutions are now aggregated under the BMO Harris heading.

Line 11. Because of changes at Northwestern University, this Fidelity 403(b) account is now subdivided by Fidelity into one account called Northwestern Medical and another called Northwestern University. Within Northwestern Medical, there are four separate funds: FEMKS (Fidelity Emerging Markets); FGCKX (Fidelity Growth Co K); FLATX (Fidelity Latin America); and FOSFX (Fidelity Overseas). Within Northwestern University, there are three separate funds: FBGKX (Fidelity Blue Chip Gr K); FETKX (Fidelity Eq. Div. Income K); and FVLKX (Fidelity Value K). Given the ranges that exist, it is more accurate to report these seven accounts as the aggregate of the Fidelity NW 403(b). But if separate lines are needed, this is what should be used:

FEMKX [blank] None  M  T
FGCKX [blank] None  N  T
FLATX [blank] None  L  T
FOSFX [blank] None  M  T

FBGKX [blank] None  L  T
FETKX [blank] None  L  T
FVLKX [blank] None  M  T

Line 15. OBFVX Old Mutual Focused Fund CLZ. This fund was eliminated by the fund managers from the package at some point during 2012. It thus should show a (Y). It was replaced at the same value level by the fund now listed at line 18 (TFFYX Touchstone Focused Class Y), marked with an (X).

Line 18. As noted for line 15, the TFFYX fund replaces the OBFVX fund. It is thus marked with an X and the proper values are stated.

Line 20. M&I Bank was acquired by Bank of Montreal and folded into Harris Bank, which is now known as BMO Harris. All accounts now held at BMO Harris are consolidated, per the instructions, at line 3.

Line 26. In October 2011, we removed the Dane County house from the rental market and listed it for sale. It was sold, with a closing date of February 10, 2012. No income was earned from the house during calendar year 2012. The final sale price, if that is needed for the form, was $287,500.

Line 27. The 2012 Assessed value for the Rental House in Travis County, Texas, was $213,365.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ DIANE P. WOOD**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544